

FILED
CLERK, U.S. DISTRICT COURT
NOV 2 2 2019
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>EBERARDO MEDINA,<br><br>　　　　　Defendant. | Case No. CR 19-MJ-4975<br><br>ORDER OF DETENTION |

## I.

On November 21, 2019, Defendant made his initial appearance on the criminal complaint filed in the United States District Court for the Eastern District of Virginia. Deputy Federal Public Defender, Charles Brown, was appointed to represent Defendant. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

the Court finds that the defendant has not rebutted the § 3142(e)(2) presumption by sufficient evidence to the contrary.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered all the evidence adduced at the hearing and the arguments, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:
- ☒ alleged offense conduct
- ☒ criminal history
- ☒ prior probation violation
- ☒ Unrebutted Presumption.

As to danger to the community:
- ☒ Allegations in the criminal complaint include defendant's leadership role in supplying cocaine to co-conspirators in the Eastern District of Virginia, and receiving cash for the purchases through multiple funnel accounts in the names of others.
- ☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

## V.

IT IS THEREFORE ORDERED that the defendant be remanded to the custody of the United States Marshal to be transported to the Eastern District of Virginia for further proceedings.

Dated: November 21, 2019

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE